UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.1:23-cv-24797

JANESSA NICOLATOS,

    Plaintiff,

v.

CREDIT CONTROL LLC.,

    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, JANESSA NICOLATOS and Defendant, CREDIT CONTROL LLC

, by and through their undersigned counsel, hereby give notice, stipulate, and agree that all claims and controversies asserted in this action are dismissed with prejudice pursuant to agreement of the parties with each Party to bear their own attorney's fees and costs.

Respectfully submitted this 21st day of May 2024.

| | |
|---|---|
| /s/ Joel D. Lucoff | /s/Sangeeta Spengler |
| Joel D. Lucoff | Sangeeta Spengler, Esq. |
| Fla. Bar No. 192163 | Fla. Bar No. 0186864 |
| Debt Shield Law | Martin, Golden Lyons, Watts & Morga PLLC |
| 3440 Hollywood Blvd., Suite 415 | 410 South Ware Boulevard, Suite 806 |
| Hollywood, FL 33021 | Tampa, FL 33619 |
| Tel:754-800-5299 | Tel: |
| Fax:   305-503-9457 | Fax: |
| service@debtshieldlaw.com | sspengler@mgl.law |
| Joel@debtshieldlaw.com | Counsel for Defendant |